UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-14-604 |
| | § | |
| KEVIN CASPER  *in custody* | § | |

## Order

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), the Court finds that the ends of justice which will be served by allowing the defendant additional time in which to prepare this case outweigh the best interest of the public and the defendant in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

Accordingly, it is ordered that defendant's unopposed motion for continuance (Dkt. 18) is GRANTED and the time between January 26, 2015 and March 16, 2015 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h). It is further ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| February 17, 2015 | All MOTIONS will be filed no later than this date. |
| March 2, 2015 | RESPONSES to motions will be filed no later than this date. |
| March 9, 2015 | PROPOSED voir dire, charge, exhibit and witness list due. |
| March 11, 2015 | OBJECTIONS to exhibits/witnesses due. |
| March 16, 2015 @ 10:00 a.m. | PRETRIAL CONFERENCE before Judge Gray H. Miller, 515 Rusk, Courtroom 9D, Houston, Texas. **DEFENDANT MUST BE PRESENT**. |
| March 16, 2015 @ 1:00 p.m. | JURY SELECTION and TRIAL. |

Signed at Houston, Texas on January 26, 2015.

_____
Gray H. Miller
United States District Judge